



# MEMORANDUM OPINION

No. 04-09-00363-CV

Ted **KHORASANI**,
Appellant

v.

Estrella **MARTINEZ**,
Appellee

From the County Court No. 2, Bexar County, Texas
Trial Court No. 334016
Honorable Irene Rios, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed: November 11, 2009

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM